USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELO MORALES,

        Plaintiff,

-against-

C&S WHOLESALE GROCERS, INC.,

        Defendant.

18 Civ. 3625 (AT) (GWG)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the Honorable Gabriel W. Gorenstein's order dated December 23, 2019, ECF No. 41 extending the fact discovery deadline, it is hereby ORDERED that the case management conference scheduled for January 9, 2020 is ADJOURNED to March 12, 2020, at 11:40 a.m. By March 5, 2020, the parties shall file their joint status letter. *See* ECF No. 14 ¶ 16.

    SO ORDERED.

Dated: December 26, 2019
       New York, New York

                                          ANALISA TORRES
                                          United States District Judge