UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ANGELO MORALES,

                Plaintiff,

-against-

C&S WHOLESALE GROCERS, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2020

18 Civ. 3625 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the case management conference scheduled for March 12, 2020 is ADJOURNED to **March 18, 2020**, at **12:20 p.m.** By **March 11, 2020**, the parties shall file their joint status letter. *See* ECF No. 14 ¶ 16.

    SO ORDERED.

Dated: January 7, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge