USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELO MORALES,

        Plaintiff,

-against-

C&S WHOLESALE GROCERS, INC.,

        Defendants.

1:18-cv-03625-MKV-GWG

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Because Magistrate Judge Gorenstein has granted the parties an extension of time to complete discovery until September 22, 2021 [ECF #65], IT IS HEREBY ORDERED that the Post Discovery Conference before Judge Vyskocil is ADJOURNED to October 7, 2021 at 10:30 AM. One week before the conference, the parties shall submit a joint status letter and any pre-motion submissions in accordance with the Court's Individual Rules.

**SO ORDERED.**

**Date:  May 25, 2021**
      New York, NY

_/s/ Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**