UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANGELO MORALES                                          :

                                                        :        ORDER OF DISCONTINUANCE
              Plaintiff,                                         18 Civ. 3625 (GWG)
                                                        :

    -v.-                                                :

                                                        :

C&S WHOLESALE GROCERS, INC.,                            :

                                                        :

              Defendant.                                :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      On October 26, 2023, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c).  By letter dated March 11, 2024, the parties have reported to the Court that they have reached a settlement of this matter.

      Accordingly, it is hereby ORDERED that this action is dismissed with prejudice and without costs (including attorney's fees) to either party.  If either party wishes to reinstate this matter, the party must make a letter application to the undersigned within 30 days seeking to re-open this matter.  Any application to reopen filed after the 30-day period has expired may be denied solely for failure to meet the 30-day deadline.

      Any pending motions are moot.  The Clerk is requested to close the case.

      SO ORDERED.

Dated:  March 12, 2024
        New York, New York

                                                     _____
                                                     GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge